UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE  DIVISION

| | |
|---|---|
| CITY OF TERRE HAUTE, DEPARTMENT OF REDEVELOPMENT, )<br><br>Plaintiff, )<br><br>vs. )<br><br>BILLY SOUTHARD , et al, )<br><br>Defendant. ) | 2:04-cv-0321-JDT-WGH |

**ORDER DIRECTING FILING OF A PLEADING AUTHORIZING DISMISSAL**

The court has been advised by counsel that a settlement has been reached in this action.  All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with their agreement.  Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.[*]

IT IS **ORDERED** that within thirty days of this date, counsel for the Plaintiff(s) shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the court's signature ordering the dismissal of this action (in conformance with the agreement of the parties).  Failure to comply with this order will result in DISMISSAL

---

[*] The parties are notified that any exhibits, depositions, diagrams, or other evidentiary documents previously filed with the court are now released to the parties who filed the same.  If such items are not retrieved by the parties from the clerk within thirty (30) days from the dismissal of this cause, the items will be disposed of pursuant to the local rules of this court. S.D. IND. LR 79.1.

WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for

failure to prosecute this action in a timely manner.  Additional time to complete the

execution of the settlement document(s) may be granted if requested in writing prior to

the expiration of this period of time.

ALL OF WHICH IS ORDERED this 14th  day of November 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Rhonda D. Oldham
Brames & Oldham
roldham@bnolaw.net

Sue Hendricks Bailey
United States Attorney's Office
sue.bailey@usdoj.gov